```
 1  LUBIN & ENOCH, P.C.
    Nicholas J. Enoch
 2  State Bar No. 016473
    Kaitlyn A. Redfield-Ortiz
 3  State Bar No. 030318
    Stanley Lubin
 4  State Bar No. 003076
    349 North Fourth Avenue
 5  Phoenix, Arizona 85003-1505
    Telephone: (602) 234-0008
 6  Facsimile: (602) 626-3586
    Email: nick@lubinandenoch.com
 7
    Attorneys for Plaintiff
```

**IN THE UNITED STATED DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| Megan East, | CV 19-02293-PHX-JJT (CDB) |
|---|---|
| Plaintiff, | |
| v. | **PLAINTIFF'S NOTICE OF SETTLEMENT** |
| Mariann Hansen Barsolo, *et al.*, | |
| Defendants. | |

**NOTICE IS HEREBY GIVEN** in accordance with LRCiv 40.2(d) that Plaintiff Megan East ("East") has settled her dispute with Defendants Mariann Hansen Barsolo, *et al.* East anticipates that a stipulation for dismissal of the action will soon be filed with the Court.

DATED this 24th day of June, 2019.

        LUBIN & ENOCH, P.C.

        /s/ Nicholas J. Enoch
        Nicholas J. Enoch, Esq.
        Attorney for Plaintiff

///

///

///

**CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of June, 2019, I electronically transmitted the attached Notice to the U.S. District Court Clerk's office using the CM/ECF System for filing.

/s/ Shana Battles

F:\Law Office\client directory\East\Pleadings\2019-6-24 (6089-002) Notice of Settlement.wpd